583 A.2d 312

NEW JERSEY SPORTS AND EXPOSITION AUTHORITY, ETC. v. DANIEL J. DEL TUFO.

January 23, 1990.

Petition for certification denied. (See 230 *N.J.Super.* 616, 554 *A.*2d 878)

583 A.2d 312

DATACOM SYSTEMS CORPORATION v. KENNETH A. KLEMM.

January 23, 1990.

Petition for certification denied.

583 A.2d 312

THOMAS BLAZOVIC v. JAMES CORIS, JR., ETC.

January 23, 1990.

Petition for certification granted.